# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY OWNED MERCANTILE PROJECT, INC. aka GARNET MERCANTILE<br><br>Plaintiff,<br><br>vs.<br><br>PEERLESS INDEMNITY INSURANCE COMPANY, a New Hampshire Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 3:15-cv-00134-LRH-WGC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO A REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO REMAND<br><br>[FIRST EXTENSION REQUEST] |

Plaintiff Community Owned Mercantile Project, Inc. aka Garnet Mercantile and Defendant Peerless Indemnity Insurance Company, by and through their counsels of record, hereby stipulate and agree to this first request for extension of time pursuant to Local Rule ("LR") 6-1. The parties hereby stipulate and agree to an eighteen (18) day extension of time from the current deadline of Monday, April 27, 2015, for Plaintiff to file a Reply to Defendant Peerless Indemnity Insurance Company's Response to Plaintiff's Motion to Remand [Doc. 11], originally filed on Friday, April 17, 2015.

There have previously been no requests by Plaintiff for an extension of time in which to submit its responsive pleading to Defendant's Response to Plaintiff's Motion to Remand.

This application for extension of time is not made for the purpose of delay, as the parties are currently set for mediation in hopes of resolving the matter.

/ / / /

Good cause exists for this extension.

DATED this  21st  day of April, 2015

LEVERTY & ASSOCIATES LAW CHTD.

By:  /s/ *Patrick R. Leverty*
Patrick R. Leverty, Esq.
Jess P. Rinehart, Esq.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953

Attorneys for Plaintiff

DATED this  21st  day of April, 2015

SNELL & WILMER, L.L.P.

By:  /s/ *Joshua D. Cools*
Joshua D. Cools, Esq.
Amy M. Samberg, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Ph: (702) 784-5200
Fax: (702) 784-5252

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED this 21st day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2